In the Matter of ARTHUR E. LEHRFELD, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, July 5, 1944.

*Einar Chrystie* for petitioner.

No appearance for respondent.

*Per Curiam.* On May 3, 1944, the respondent pleaded guilty in the Court of General Sessions of the County of New York to the crime of criminally buying and receiving stolen property. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, he must, therefore, be disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and COHN, JJ., concur.

Respondent disbarred.